# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

  **ADV:  20-90082**

  **PELLON  LAY VS TIMOTHY JOSEPH GRANT**

| | |
|---|---|
| **Debtor:** | TIMOTHY JOSEPH GRANT |
| **Case Number:** | 20-01895-LT7  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2020 09:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | SUE ROSS |

## *Matter:*

  PRE-TRIAL STATUS CONFERENCE (fr 8/27/20)

## *Appearances:*

  STEVEN VICTOR, ATTORNEY FOR PELLON LAY (video)
  ANDREW J. MILLER, CO-COUNSEL FOR PELLON LAY (video)
  TIMOTHY JOSEPH GRANT, PRO SE (video)
  DOUGLAS BRUST, ATTORNEY FOR PELLON LAY (CROSS-DEFENDANT) (video)

## *Disposition:*

  Continued to 12/3/20 at 9:30 a.m.

  Status reports due 12/1/20.

  Parties are to meet and confer regarding the issues related to the best and most appropriate method for resolution of issues (State Court; District Court; Bankruptcy Court) as set forth on the record.

  Initial disclosures and exchanges under Rule 26 are due by 11/20/20.

  Discovery cut-off set as 4/1/21.

  Scheduling Order to come from Court.